UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES KEIVOM,<br><br>         Plaintiff,<br><br>    v.<br><br>NEW RUSSIAN WORD INC.,<br><br>         Defendant. | 24 Civ. 3573 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued on May 13, 2024 scheduled an initial pretrial conference on July 16, 2024 and required the parties to file a joint status letter and proposed case management plan by July 9, 2024.  *See* ECF No. 7.  To date, no materials have been filed.

  It is hereby **ORDERED** that, if Plaintiff has been in contact with New Russian Word Inc., the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **July 12, 2024.**  Alternatively, Plaintiff shall file a letter on ECF by **July 12, 2024,** describing their efforts to serve and provide actual notice of this lawsuit to Geico Insurance Company.  Such letter may seek further adjournment of the initial pretrial conference.

  SO ORDERED.

Dated: July 10, 2024
   New York, New York

                        DALE E. HO
                   United States District Judge