UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES KEIVOM,

                 Plaintiff,

      v.

NEW RUSSIAN WORD INC.,

                 Defendant.

24-CV-3573 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    In his recent letter, Plaintiff indicated he will be filing a motion for default judgment. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho), **by August 2, 2024**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at HoNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

    Plaintiff shall serve a copy of this Order on Defendant by **July 16, 2024,** and shall file proof of such service by **July 18, 2024**.

    The initial pretrial conference scheduled for July 16, 2024, is **ADJOURNED** *sine die*.

    SO ORDERED.

Dated: July 12, 2024
       New York, New York

_____
DALE E. HO
United States District Judge