UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Keivom,<br><br>    Plaintiff,<br><br> -v-<br><br>New Russian Word Inc.,<br><br>    Defendant. | 24 Civ. 3573 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 23, 2025, I issued a Report and Recommendation ("R&R") in this matter. (ECF 33.) However, Plaintiff has not filed proof that he served the R&R on Defendant. Accordingly, by June 10, 2025, Plaintiff shall either (1) file proof of service on the docket or (2) serve Defendant with the R&R and file proof of service.

DATED:  June 9, 2025
      New York, New York

                          Respectfully Submitted,

                          **ROBYN F. TARNOFSKY**
                          **United States Magistrate Judge**