UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Keivom,<br><br>                              Plaintiff,<br><br>v.<br><br>New Russian Word Inc.,<br><br>                              Defendant. | Case No.: 1:24-cv-03573-DEH |

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff James Keivom ("*Plaintiff*") for entry of a default judgment against the defendant New Russian Word Inc. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Defendant did not file any opposition to Plaintiff's motion for default judgment; and

**WHEREAS** the Court issued an Order dated August 5, 2024, which directed Defendant to show cause at a hearing to be held on September 10, 2024, why the Court should not issue an Order granting default judgment against Defendant; and

**WHEREAS** Defendant failed to appear at the show cause hearing; and

**WHEREAS** the Court entered judgment in favor of Defendant on liability on September 11, 2024, and referred this case to Magistrate Judge Robyn F. Tarnofsky for an Inquest on Damages; and

**WHEREAS** Judge Tarnofsky issued a Report and Recommendation on May 23, 2025, on Plaintiff's motion recommending that Plaintiff be awarded the sums of:

(a) $2,750.00 in statutory damages under the Copyright Act;

(b) $2,500.00 in statutory damages under the DMCA; and

(c) Reasonable attorneys' fees and costs in the amounts of $2,462.50 and $460.00; and

**WHEREAS** Judge Tarnofsky also recommended a permanent injunction be issued against Defendant solely as to Plaintiff's Photograph;

**WHEREAS** no party has raised any objections to Judge Tarnofsky's May 23, 2025, Report and Recommendation;

**WHEREAS** by Order dated October 16, 2025, the Court adopted Judge Tarnofsky's Report and Recommendation in its entirety; it is now therefore

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $2,750.00 in statutory damages under 17 U.S.C. § 504(c); and it is further

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $2,500.00 in statutory damages under 17 U.S.C. § 1203(c); and it is further

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $2,462.50 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED ADJUDGED AND DECREED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photograph as is set forth in the Complaint; and it is further

**ORDERED ADJUDGED AND DECREED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED** that this case is closed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  October 23, 2025
       New York, New York

SO ORDERED.

_____
Dale E. Ho
United States District Judge